UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20431
Summary Calendar

_____

ASEMENDES WILLIAMS,

Plaintiff-Appellant,

versus

DON NICHOLS,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(94-CV-2050)
_____

September 20, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

In this civil rights action, Asemendes Williams, Texas state prisoner # 659605, challenges the summary judgment granted to Don Nichols. Williams contends that Nichols negligently failed to screen inmates in the Harris County Jail (for which Nichols was Medical Administrator) properly for tuberculosis, resulting in Williams' contracting it. (Because the Sheriff was not served with process, he is not a party. And, Williams' claim that he was

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

entitled to attend a pretrial conference is without merit.) Pursuant to our *de novo* review of the record, the judgment is **AFFIRMED** for essentially the reasons stated by the district court. *See **Williams v. Nichols***, No. 94-2050 (S.D. Tex. Apr. 16, 1996) (unpublished).

                                        ***AFFIRMED***